**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

Herman Landau,

                  Plaintiff,                    **C.A. No.:** 7:23-cv-10319-CS

        -against-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
GM Financial Leasing,

                  Defendant.

-------------------------------------------------------------------------x

## ORDER

The Court, after consideration, hereby grants Plaintiff's Motion to Voluntarily Dismiss Defendant Experian Information Solutions, Inc. with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Court understands that Experian consents.

Dated: July 19, 2024

Cathy Seibel

_____

UNITED STATES DISTRICT JUDGE